# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Scott Morehead

<div style="margin-left:2em;">Plaintiff,</div>

v.

The Second City, Inc.

<div style="margin-left:2em;">Defendant.</div>

Case No.: 1:17–cv–06539
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 14, 2017:

     MINUTE entry before the Honorable Jorge L. Alonso: By agreement of the parties, status hearing previously set for 11/15/17 is stricken and reset to 11/21/17 at 9:30 a.m. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.