UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT MOREHEAD,<br><br>    Plaintiff,<br><br>v.<br><br>THE SECOND CITY, INC.,<br><br>    Defendants. | Case No. 17-cv-06539 |

**Rule 41 Stipulation to Dismiss**

  The Parties, Scott Morehead, by and through her attorneys, Aaron B. Maduff and Walker R. Lawrence of Maduff & Maduff LLC, and The Second City, Inc., by and through its attorney, Katherine A. Rodosky of Schueler, Dallavo & Casieri, hereby stipulate to dismissal of this action with prejudice with each party to bear its own costs and fees.

Respectfully submitted,

| Scott Morehead | The Second City |
|---|---|
| By: /s/ AARON B. MADUFF | BY: /s/ KATHERINE A RODOSKY |
| Aaron B. Maduff | Katherine A. Rodosky |
| Atty. No. 06226932 | Atty. No. *** |
| Walker R. Lawrence | Schueler, Dallavo & Casieri |
| Atty. No. 6296405 | 233 South Wacker Dr. |
| Maduff & Maduff LLC | Suite 6150 |
| 205 N. Michigan Ave. | Chicago, Illinois 60606 |
| Suite 2050 | 312-831-1090 |
| Chicago, IL 60601 | |
| Phone: 312-276-9000 | |
| Fax: 312-276-9001 | |